**GENERAL SHOE CORPORATION,
Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 12333.**

United States Court of Appeals
Sixth Circuit.

March 15, 1956.

Bass, Berry & Sims, Nashville, Tenn., Roberts & McInnis, Washington, D. C., for appellant.

H. Brian Holland, Ellis N. Slack, Washington, D. C., Fred Elledge, Jr., Nashville, Tenn., for appellee.

Before MARTIN, MILLER and STEWART, Circuit Judges.

PER CURIAM.

The judgment of the district court, 117 F.Supp. 668, is reversed. United States v. Leslie Salt Company, 350 U.S. 383, 76 S.Ct. 416.

**Perry ALLEN and Mary Allen,
Appellants,**

v.

**UNITED STATES of America.**

**No. 15506.**

United States Court of Appeals
Eighth Circuit.

Feb. 2, 1956.

John C. Farrar, Rapid City, S. D., for appellants.

Perry W. Morton, Asst. Atty. Gen., Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Dept. of Justice, Washington, D. C., and Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

**PHILLIPS PETROLEUM COMPANY**

v.

**Carlyle REYNOLDS et al.**

**PHILLIPS PETROLEUM COMPANY**

v.

**Arthur WISCOMBE et al.**

**Nos. 4877, 4879–4906.**

United States Court of Appeals
Tenth Circuit.

Aug. 5, 1955.

Rayburn L. Foster, Harry D. Turner, George L. Sneed and James G. Williams, Jr., Bartlesville, Okl., and Clair M. Senior, Salt Lake City, Utah, for appellant.

Olin Wellborn, III, Vernon Barrett, and Frank C. Hubbard, Los Angeles, Cal., Ray Dillman and R. Earl Dillman, Roosevelt, Utah, and Hugh W. Colton, Vernal, Utah, for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Judgments reversed and remanded, pursuant to stipulation on authority of cases, Phillips Petroleum Company v. Heber A. Peterson (Phillips Petroleum Company v. Haslem), 10 Cir., 218 F.2d 926.